FILED
2008 AUG -1 AM 11: 05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____KNH____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2378

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Ruben FIGUEROA Zalasar, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about July 30, 2008, within the Southern District of California, defendants Ruben FIGUEROA Zalasar, did knowingly and intentionally import approximately 3.62 kilograms (7.96 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 31 DAY OF July, 2008.

_____
Jan M. Adler
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.

Ruben FIGUEROA Zalasar
Carmen Lizet FIGUEROA Lopez

### STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to Bureau of Immigration and Customs Enforcement Special Agent Christina Johnson.

On July 30, 2008, at approximately 1005 hours, Ruben FIGUEROA Zalasar (FIGUEROA) along with his daughter Carmen Lizet FIGUEROA lopez and minor son Jaime FIGUEROA were in the pre-primary lanes of the Calexico, California east port of entry. FIGUEROA was the driver of a 1990 Jeep Grand Cherokee bearing Baja California, Mexico license plate VXT3260. While conducting a pre-primary roving operation with his Narcotics Detector Dog (NDD), Canine Enforcement Officer (CEO) J. Jones' NDD alerted to the vehicle driven by FIGUEROA. CEO J. Jones requested that Primary Customs and Border Protection Officer (CBPO) S. Lopez refer the vehicle to the secondary lot for further inspection.

After receiving a negative Customs declaration, CBPO Lopez inquired about the ownership of the vehicle and FIGUEROA's destination. FIGUEROA stated he was the owner of the vehicle and was taking his children to Las Palmas Swap Meet in Calexico, California. CBPO Lopez then referred the vehicle to secondary.

In secondary, CBPO Crawford received the vehicle for inspection. CBPO Crawford conducted a thorough physical search of the vehicle and discovered two packages wrapped in gray duct tape concealed in the dashboard area of the vehicle.

A presumptive field test reflected the contents of the packages to be methamphetamine. The total weight of the packages was approximately 3.62 kilograms (7.96 pounds).

1  Ruben FIGUEROA Zalasar and Carmen Lizet FIGUEROA Lopez were notified of
2  their arrest and advised of their Miranda Rights.  Jaime FIGUEROA was release to
3  relatives.  Both Ruben FIGUEROA Zalasar and Carmen Lizet FIGUEROA Lopez were
4  processed and transported to Imperial County Jail.