**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Figueroa

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ2378 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| **RUBEN ZALASAR FIGUEROA,** | |
| Defendant. | |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

       Respectfully submitted,

Dated: August 5, 2008
    s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
michelle_betancourt@fd.org

1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org
5

6  Attorneys for Mr. Figueroa

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    Case No. 08mj2378
                                    )
12         Plaintiff,                )
                                    )
13 v.                                )    PROOF OF SERVICE
                                    )
14 **RUBEN ZALASAR FIGUEROA,**      )
                                    )
15         Defendant.                )
                                    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20         Assistant United States Attorney
           Efile.dkt.gc2@usdoj.gov
21

22 Dated: August 5, 2008                        s/ Michelle Betancourt
                                         MICHELLE BETANCOURT
                                         Federal Defenders
23                                       225 Broadway, Suite 900
                                         San Diego, CA 92101-5030
24                                       (619) 234-8467 (tel)
                                         (619) 687-2666 (fax)
25                                       e-mail: michelle_betancourt@fd.org

26

27

28